**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff**(s): | United States Department of Labor, Julie Su , Acting Secretary of Labor; | **Defendant**(s): | 4E Painting, LLC , ; Artemio Escobedo , ; David Escobedo , ; |
| County of Residence: Outside the State of Arizona | | County of Residence: Maricopa | |

County Where Claim For Relief Arose: Maricopa

| Plaintiff's Atty(s): | Defendant's Atty(s): |
|---|---|
| **Charles Song , Senior Trial Attorney**<br>United States Department of Labor, Office of the Solicitor<br>312 N. Spring St. Suite 370<br>Los Angeles, CA  90012<br>213-894-5365 | **Heidi Nunn-Gilman ,**<br>PSGM Law<br>7901 N. 16th St. #200<br>Phoenix, Arizona  85020<br>602-851-8797 |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| <u>II. Basis of Jurisdiction</u>: | 1. U.S. Government Plaintiff |
| <u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)** | |
| Plaintiff:- | N/A |
| Defendant:- | N/A |
| <u>IV. Origin</u> : | 1. Original Proceeding |
| <u>V. Nature of Suit</u>: | 710 Fair Labor Standards Act |
| VI.Cause of Action: | Plaintiff Julie A. Su, Acting Secretary of Labor, U.S. Department of Labor ("Acting Secretary") brings this case to remedy Defendants' violations of federal law prohibiting oppressive child labor and protecting the lawfully earned wages of Defendants' employees. The Acting Secretary brings this action under Section 17 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, et seq., to enjoin Defendants from violating the provisions of Sections 7, 11(c), and 12 of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 207, 211(c), and 212. The Acting Secretary also brings this action under Section 16(c) of the FLSA, 29 U.S.C. § 216(c), to recover unpaid overtime wages owed under the FLSA, beginning in at least January 1, 2020, through January 1, 2023, to Defendants' employees, including those listed by name on the attached Exhibit A to this Complaint, together with an equal amount as liquidated damages. |
| <u>VII. Requested in Complaint</u> | |
| Class Action: | No |

Dollar Demand:

Jury Demand: No

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>Charles Song</u>

**Date:** <u>03-20-2024</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014